

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-19-00029-CV

**IN THE INTEREST OF H.E.W.M., A CHILD**,

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

Appellant seeks to appeal an order signed on October 17, 2018. This order does not appear to dispose of all claims in the case, and no severance order appears in the record. An order that does not dispose of all parties and causes of action is not final and appealable. *See Houston Health Clubs, Inc. v. First Court of Appeals*, 722 S.W.2d 692, 693 (Tex. 1986); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction of this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court